**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 21, 2023**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00373-CR

---

### JD DOAKES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 351st District Court
Harris County, Texas
Trial Court Cause No. 1740215**

---

## MEMORANDUM OPINION

Appellant JD Doakes has signed and filed a written request to dismiss the appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate

of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Hassan.

Do Not Publish – Tex. R. App. P. 47.2(b)